# DECLARATION OF MICHAEL KASTRENAKES
## PURSUANT TO 28 U.S.C. §1746

I, Michael Kastrenakes, have personal knowledge of the facts and matters discussed in this declaration and, if called as a witness, could and would testify as follows:

1. I am over the age of 18 years old and reside in Pinellas County, Florida.

2. I am the founder and the president of MK Automotive, Inc., which is a Florida corporation with its principal place of business located at 8000 Park Boulevard North, Pinellas Park, Florida 33781.

3. MK Automotive, Inc. does business as New Wave Auto Sales, a fictitious name actively registered by MK Automotive, Inc. with the Florida Department of State, Division of Corporations. MK Automotive, Inc. d/b/a New Wave Auto Sales will be referred to hereafter as "New Wave".

4. New Wave is a car dealership located in Pinellas Park, Florida, that offers and sells pre-owned vehicles to consumers. In addition to selling vehicles at its brick-and-mortar location, New Wave has conducted off-site tent sales events ("Tent Sales") at various locations throughout Florida.

5. David J. Jeansonne II ("Jeansonne"), the President of Traffic Jam Events, LLC ("Traffic Jam Events") approached me, as the President of New Wave, to work together to conduct Tent Sales.

6. For approximately the past year, New Wave and Traffic Jam have had a business relationship wherein each company shares in the gross profit derived from Tent Sales, with each company bearing certain costs. Traffic Jam Events bore 100% of the costs related to direct mail campaigns.

7. Since the business arrangement began, Traffic Jam Events has handled the following as related to New Wave's Tent Sales: (i) creating the content of the mailers, without the review or approval by New Wave; (ii) deciding where to send the direct mailers; (iii) determining the budget for the direct mailers; (iv) printing and mailing the direct mailers to consumers, including paying the associated costs for the printing and mailing; (v) securing the necessary permits to conduct Tent Sales; and (vi) staffing the Tent Sales.

8. Jeansonne has come to the New Wave dealership in Pinellas Park, Florida to discuss business about Traffic Jam's business arrangement with New Wave.

9. It is my understanding that Jeansonne personally attended some of New Wave's Tent Sales, including but not limited to a Tent Sale in Micco, Florida in 2020.

10. On or about March 26 or 27, 2020, I learned that Traffic Jam Events—to market a New Wave Tent Sale—had sent out a direct mailer to consumers related to COVID-19 and stimulus funds. I asked Jeansonne to send me a copy of the mailer, and on or about March 27, 2020, Jeansonne sent me the attached mailer (the "COVID-19 Stimulus Mailer"), a true and correct copy of which is attached as **Exhibit A**.

11. I did not review or approve the COVID-19 Stimulus Mailer on behalf of New Wave, nor was I provided the opportunity by Traffic Jam Events to review or approve the COVID-19 Stimulus Mailer prior to Traffic Jam Events printing and mailing it to Florida consumers. As President of New Wave, I am also aware that no one else at New Wave reviewed or approved of the COVID-19 Stimulus Mailer prior to Traffic Jam Events printing and mailing it to consumer.

12. After reviewing the COVID-19 Stimulus Mailer, I was disgusted by the contents of the mailer and I thought the mailer had "crossed the line."

13. On or about March 27, 2020, Jeansonne told me that the COVID-19 Stimulus Mailer was legal and that Traffic Jam Events was also using it in Alabama. After inquiring about the COVID-19 Stimulus Mailer, Mr. Jeansonne stated, "If we are going to start watering down the pieces it won't work." A true and correct copy of the email exchange is attached hereto as **Exhibit B**.

14. On or about March 27, 2020, I instructed Jeansonne to not send out or use the COVID-19 Stimulus Mailers on behalf of New Wave.

15. After I informed Jeansonne that Traffic Jam Events could no longer send out the COVID-19 Stimulus Mailer to solicit sales on behalf of New Wave, on or about April 4, 2020, Jeansonne sent me two draft mailers to be sent to consumers for an upcoming sale at the New Wave dealership in Pinellas Park, FL, true and correct copies of which are attached hereto as **Exhibit C** (the "Stimulus Relief Mailers").

16. New Wave did not approve Traffic Jam Events' proposed Stimulus Relief Mailers, and the proposed sale at the New Wave dealership was cancelled.

17. Since reviewing the COVID-19 Stimulus Mailer and the proposed Stimulus Relief Mailers. I have since terminated New Wave's relationship with Traffic Jam Events and will no longer use the services of Traffic Jam Events.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of June, 2020.

Michael Kastrenakes

# EXHIBIT A

# URGENT: COVID-19 ECONOMIC AUTOMOTIVE STIMULUS PROGRAM
# RELIEF FUNDS AVAILABLE • ALL PAYMENTS DEFERRED FOR 120 DAYS

## Eligible Dates:
## March 27th thru April 5th, 2020

```
DATE:           03/25/20
NOTICE NO:      FB02-021225-096781
ACCOUNT TYPE:   COVID-19 STIMULUS (INDIVIDUAL)
DESCRIPTION:    URGENT NOTICE - READ IMMEDIATELY
```

COVID-19 STIMULUS (INDIVIDUAL)
NOTICE NO. FB02-021225-096781

Dear Florida residents,

**A special COVID-19 Economic Automotive Stimulus Program with relief funds and other incentives will be held at 5925 SW 20th St., Bushnell, FL 33513, across the street from** **, March 27th thru April 5th, 2020.** This program has been established to help local residents purchase automobiles with 120 days until first payment during these challenging times with special discounts, credit and finance opportunities to drastically reduce your out-of-pocket costs.

At the specified relief headquarters, the following incentives may be available to ALL residents of Bushnell, FL:

• **0% A.P.R. financing for 60 months.** A variety of vehicles (cars, trucks, SUVs, etc.) will have 0% A.P.R. financing available with little to no money down. (1)
• **All payments will be deferred for 120 days.** Do not make a car payment for 120 days/4 months. (2)
• **Receive a $100 Walmart Gift Card with every vehicle purchase.** Extra funds to be used for any other needs you may have during this time. (3)
• **Thousands in Relief Funds with this notice.** Receive additional discounts on your vehicle purchase – check the enclosed documentation for your funds.

**You must claim these stimulus incentives at your designated temporary 10-day site: 5925 SW 20th St., Bushnell, FL 33513, across the street from Walmart.** Bring this notice to collect all of these program benefits toward your vehicle purchase.

**Please bring this notice to your designated local headquarters:**

## 5925 SW 20th St.
## Bushnell, FL 33513
## Across the street from Walmart!

**Eligible dates: March 27th thru April 5th, 2020**
Monday–Saturday:
9:00am until all attendees have been assisted.
Sunday:
11:00am until all attendees have been assisted.

Look for the set-up tents and speak to an event representative upon your arrival.

**MAP OF TEMPORARY 10-DAY RELIEF SITE:**



# URGENT: COVID-19 ECONOMIC AUTOMOTIVE STIMULUS PROGRAM
# RELIEF FUNDS AVAILABLE • ALL PAYMENTS DEFERRED FOR 120 DAYS

**Mandatory qualifications to receive Stimulus Relief Funds:**
1) Must be permanent U.S. resident.
2) Must have valid driver's license.
3) Annual Income cannot exceed $91,300.00.

This COVID-19 Economic Automotive Stimulus Program will include hundreds of quality, clean cars, trucks, vans and SUVs from participating dealerships in the area. Bring this notice to the relief temporary 10-day site at 5925 SW 20th St., Bushnell, FL 33513, across the stree from Walmart and choose any of the available vehicles. Here are a couple examples of the more popular vehicles in-stock - with hundreds more available:

## Mercedes-Benz M-Class
## $0 down $116 per mo. (4)

## Nissan Versa
## $0 down $133 per mo. (5)

- **0% A.P.R. financing for 60 months.** A variety of vehicles (cars, trucks, SUVs, etc.) will have 0% A.P.R. financing available with little to no money down. (1)
- **All payments will be deferred for 120 days.** Do not make a car payment for 120 days/4 months. (2)
- **Receive a $100 Walmart Gift Card with every vehicle purchase.** Extra funds to be used for any other needs you may have during this time. (3)
- **Thousands in Relief Funds with this notice.** Receive additional discounts on your vehicle purchase – check the enclosed documentation for your funds.

## Stimulus Temporary 10-Day Relief Site:
## 5925 SW 20th St. • Bushnell, FL 33513
## Across the street from Walmart !

**MAP OF TEMPORARY 10-DAY RELIEF SITE:**



**Eligible dates: March 27th thru April 5th, 2020**
Monday–Saturday:
9:00am until all attendees have been assisted.
Sunday:
11:00am until all attendees have been assisted.
Look for the set-up tents and speak to an event representative upon your arrival.

```
DATE:              03/25/20
NOTICE NO:         FB02-021225-096781
ACCOUNT TYPE:      COVID-19 STIMULUS (INDIVIDUAL)
```

(1) 0% APR available on select models for up to 60 months financing subject to lender's approval with approved credit. (2) No payments for 120 days subject to lender's approval-with approved credit. Interest accrues from date of purchase. (3) Receive one (1) $100 gift card to Walmart with any vehicle purchase during the event dates. (4) $0 down, plus tax, title and license/$116 per month example: 2009 Mercedes-Benz M-Class stk#TRA26442 sale price $7,399 72 months at 3.9% APR with approved credit. (5) $0 down, plus tax, title and license/$133 per month example: 2018 Nissan Versa stk#MAR09694 sale price $8,489 72 months at 3.9% APR with approved credit. New Wave Auto Sales employees and associates, mail house, associated sponsors or agencies, and their family members and members of same household are ineligible. Addressee must redeem original mail piece in person by close of business on April 5th, 2020. Vehicles are subject to prior sale. Void where prohibited by law. All offers end April 5th, 2020.



**STIMULUS RELIEF PROGRAM**  
5925 SW 20th St. • Bushnell, FL 33513

021225

THE SUM UP TO: THREE THOUSAND THREE HUNDRED FORTY-FOUR DOLLARS AND 68/100*************

$ 3,344.68*

DOLLARS

MEMO: COVID-19 AUTO STIMULUS

_____ M. Taylor  
AUTHORIZED SIGNATURE

::002   :12  :021225:503   1132   98::

STIMULUS RELIEF PROGRAM                             021225

| Date | Type | Reference | Original Amt. | Balance Due | Payment |
|---|---|---|---|---|---|
| 03/25/20 | Stimulus Fund | BUSHN-021225 | 3,344.68 | 0.00 | 3,344.68 |

STIMULUS RELIEF PROGRAM          week ending 04/05/2020          3,344.68  
FOR RECIPIENT'S RECORDS

021225

# ORIGINAL DOCUMENT

Void where prohibited, certificate has no cash value, non-negotiable certificate. This is not a check. Only valid if presented upon registration. Amount good toward select pre-owned vehicles. Cannot be used in conjunction with any other offers. Expires April 5th, 2020.

DO NOT WRITE, STAMP OR SIGN BELOW THE LINE
RESERVED FOR FINANCIAL BANK USE

ENDORSE HERE

# EXHIBIT B

**From:** David Jeansonne <david@trafficjamevents.com>
**Sent:** Friday, March 27, 2020 10:12 AM
**To:** Mike Kastrenakes <mikek@newwaveautosales.com>
**Subject:** Re: New Wave Bushnell piece for reference

Mike, this is what I do and the piece is legal. If we are going to start watering down the pieces it won't work.
And yes we are doing it In Alabama.


**David Jeansonne**
**President**
**Traffic Jam Events™**
a: 2232 Idaho Ave. | Kenner, LA 70062

e: david@trafficjamevents.com
w: trafficjamevents.com
m: 504-628-3339
p: 800-922-8109 ext. 201


"We Only Live Once.....But If Done Right, Once Is Enough!!"

> On Mar 27, 2020, at 9:08 AM, Mike Kastrenakes <mikek@newwaveautosales.com> wrote:
>
> Thanks. Has this piece been used for any other dealers ?
> Also going forward please email Mike T and I the pieces for approval.
> Thank you.
> Mike.
>
> Sent from my iPhone
>
>> On Mar 27, 2020, at 9:43 AM, David Jeansonne <david@trafficjamevents.com> wrote:
>>
>>
>> **David Jeansonne**
>> **President**
>> **Traffic Jam Events™**
>> a: 2232 Idaho Ave. | Kenner, LA 70062
>> e: david@trafficjamevents.com
>> w: trafficjamevents.com
>> m: 504-628-3339
>> p: 800-922-8109 ext. 201
>>
>>
>> "We Only Live Once.....But If Done Right, Once Is Enough!!"
>>
>> Begin forwarded message:
>>
>>> **From:** Justin Brophy <justinb@trafficjamevents.com>
>>> **Date:** March 27, 2020 at 7:41:49 AM CDT

**To:** David Jeansonne <david@trafficjamevents.com>, Chad Bullock <chadb@trafficjamevents.com>
**Subject: New Wave Bushnell piece for reference**

<NewWaveBushnell03-27COVIDLetter11-9x12.pdf>
<NewWaveBushnell03-27COVIDCheck11.pdf>

# EXHIBIT C

# $30,000 STIMULUS RELIEF CASH GIVEAWAY



## MATCH & WIN!

**PULL THE TABS TO SEE IF YOU'VE WON!***



### IF YOU HAVE A ROW OF MATCHING SYMBOLS, YOU ARE A GUARANTEED WINNER!*

ALL SIX SYMBOLS MUST MATCH ACROSS TO WIN. IF YOU DO NOT HAVE A ROW OF MATCHING SYMBOLS– SORRY, YOU ARE NOT A WINNER.

1.) **CALL 1-800-251-1527 NOW!**
2.) OR LOG ON TO MyPrizeStatus.com
3.) YOUR PIN IS: <CONFCODE>

**APRIL 10TH THRU 15TH ONLY!**

<FIRSTNAME LASTNAME> ZIP <ZIP> WINNING NUMBER <PRIZEBOARD NUMBER>

IF YOU HAVE A ROW OF SYMBOLS THAT MATCHES ONE OF THE PRIZE COMBINATIONS BELOW, CALL OR LOG ON AND SCHEDULE YOUR APPOINTMENT AT NEW WAVE AUTO SALES TO FIND OUT WHAT PRIZE YOU HAVE WON!*

**Warning:** These Contents Are Intended For This Address Only. Postal Privacy Act. Insured Grand Prize Giveaway.

### STIMULUS RELIEF EVENT HOURS:
MONDAY–SATURDAY: 9AM UNTIL THE LAST CUSTOMER IS SERVED
SUNDAY: 11AM UNTIL THE LAST CUSTOMER IS SERVED

## PRIZE COMBINATIONS — OFFICIAL STIMULUS PRIZES







**$30,000.00 STIMULUS CASH** — GRAND PRIZE!
$1,500.00 INSTANT CASH
$800.00 WALMART GIFT CARD
ALL–NEW WIRELESS EARPODS PRO w/CHARGING CASE
$250.00 AMAZON GIFT CARD



⬇⬇ **MANDATORY QUALIFICATIONS TO RECEIVE STIMULUS FUNDS BELOW:**
1) MUST BE PERMANENT U.S. RESIDENT. 2) MUST HAVE VALID DRIVER'S LICENSE. 3) ANNUAL INCOME CANNOT EXCEED $91,300.00.

---

VALID ONLY AT: NEW WAVE AUTO SALES
8000 PARK BLVD. N. • PINELLAS PARK, FL 33781          101

ISSUED TO: (PLEASE FILL IN COMPLETELY)
NAME: _____
ADDRESS: _____
CITY, ST ZIP: _____                $ 3,344 68

UP TO THE AMOUNT OF: THREE THOUSAND THREE HUNDRED FORTY-FOUR AND ***68/100***
MEMO: AUTOMOTIVE STIMULUS            *M. Taylor*, Pres.

Void where prohibited, certificate has no cash value, non-negotiable certificate. This is not a check. Only valid if presented upon registration. Amount good toward select pre-owned vehicles. Cannot be used in conjunction with any other offers. Expires April 26th, 2020.

### STIMULUS RELIEF HEADQUARTERS
# NEW WAVE AUTO SALES
**8000 PARK BLVD. N. PINELLAS PARK, FL 33781**





# NEW WAVE AUTO SALES

# STIMULUS RELIEF

AS SEEN ON TV

## URGENT NEWS: STIMULUS RELIEF FUNDS AND GIVEAWAYS COMING TO PINELLAS PARK!

MASSIVE AUTOMOTIVE STIMULUS FUNDS AND SPECIAL DISCOUNTS WILL BE AVAILABLE AT NEW WAVE AUTO SALES! THIS STIMULUS MONEY IS BEING ALLOCATED TO THE AUTOMOTIVE INDUSTRY SO THAT YOU, THE PUBLIC CAN BUY A VEHICLE AT NEVER BEFORE SEEN PRICES!

DO NOT HESITATE TO BE AT THIS SITE!

BUICK · Cadillac · CHEVROLET · GMC · CHRYSLER · DODGE · Jeep · RAM · Ford Go Further · LINCOLN · HONDA · HYUNDAI · INFINITI · KIA · mazda · NISSAN · TOYOTA Let's Go Places · VW · VOLVO

**OVER 570 VEHICLES AVAILABLE WITH STIMULUS INCENTIVES - NO OVERNIGHT CAMPING!**

## TRADE-IN AND TRADE-UP WITH $6,000 OVER KBB VALUE FOR ALL TRADE-INS NOW!(3)

KELLEY BLUE BOOK OFFICIAL GUIDE

**JUST A COUPLE EXAMPLES OF THE MASSIVE STIMULUS RELIEF DISCOUNTS AT THIS EVENT!**

**$116 per mo.** WITH $0 DOWN!(1)

ON SALE!

MERCEDES-BENZ M-CLASS

**$133 per mo.** WITH $0 DOWN!(2)

ON SALE!

NISSAN VERSA

**HUNDREDS MORE IN STOCK WITH SPECIAL SAVINGS!**

**100% CREDIT APPROVAL IS OUR GOAL!**

**SLOW CREDIT, BAD CREDIT, BANKRUPTCY... LOCAL BANK REPS WILL BE ON-SITE!**

## STIMULUS RELIEF HEADQUARTERS:

**NEW WAVE AUTO SALES**
**8000 PARK BLVD. N.**
**PINELLAS PARK, FL 33781**

**BONUS 50" FLAT SCREEN TV GIVEAWAY**

TO BE HELD SUNDAY, APRIL 26TH AT 3:00PM!(4)

**CONGRATULATIONS TO JAKEB MCGINNIS, THE LATEST GRAND PRIZE WINNER!**

# STIMULUS RELIEF HEADQUARTERS:

**8000 PARK BLVD. N. • PINELLAS PARK, FL 33781**

**MONDAY–SATURDAY: 9AM UNTIL THE LAST CUSTOMER IS SERVED**

**SUNDAY: 11AM UNTIL THE LAST CUSTOMER IS SERVED**

(1) $0 down, plus tax, title and license/$116 per month example: 2009 Mercedes-Benz M-Class stk#TRA26442 sale price $7,399 72 months at 3.9% APR with approved credit. (2) $0 down, plus tax, title and license/$133 per month example: 2018 Nissan Versa stk#MAR09694 sale price $8,489 72 months at 3.9% APR with approved credit. (3) Must be presented upon registration. Valid on select pre-owned vehicles model year 2014 or newer and priced $15,000 or higher. (5) Must register and be present to win TV drawing on April 26th, 2020 at 3:00pm. Cannot combine any offers. *If the winning number on your invitation matches the prize board at the dealership, you have won one (1) of the following prizes: #1 $30,000 Instant Cash 1:300,000 #2 $1,500 Instant Cash 1:300,000 #3 $800 Walmart Gift Card 1:300,000 #4 All-New Wireless Earpods w/Charging Case 299,996:300,000 #5 $250 Amazon Gift Card 1:300,000. All taxes are the responsibility of the prize winner(s). The number that you matched does not give you a choice, but an opportunity to win a prize. Contest begins April 3rd, 2020 and ends May 3rd, 2020. No purchase necessary. Purchase does not increase chance of winning. Contest open to legal US residents age 18 or older with a valid driver's license who received an original mail piece via US mail. Participants agree to all contest rules. See dealer for complete contest rules. New Wave Auto Sales employees and associates, mail house, associated sponsors or agencies, and their family members and members of same household are ineligible. Addressee must redeem original mail piece in person by close of business May 3rd, 2020. Any unclaimed prizes will not be awarded. All photos are for illustration purposes only. Vehicles are subject to prior sale. Void where prohibited by law. All offers end May 3rd, 2020.

# <FIRSTNAME LASTNAME>

YOU COULD WIN THE $30,000 INSTANT CASH AT THIS STIMULUS RELIEF EVENT! APRIL 14TH THRU 19TH!

AS SEEN ON TV

# $30,000 INSTANT CASH STIMULUS GIVEAWAY!

MATCH HERE

74937

AND WIN!

IF YOUR CODES MATCH, CALL 1-800-251-1527 OR LOG ON TO MyPrizeStatus.com NOW!

If your code above matches your Combination Box™ below and one of the Prize Combinations, you are a WINNER with a possible $30,000 Instant Cash! Call or log on now and schedule your appointment at New Wave Auto Sales to find out what prize you've won!*

## THE PRIZES

| Prize | Prize Combinations |
| --- | --- |
| $30,000.00 INSTANT CASH | 03563 |
| $1,500.00 INSTANT CASH | 74937 |
| Walmart Gift Card $800.00 WALMART GIFT CARD | 39207 |
| ALL-NEW WIRELESS EARPODS PRO W/CHARGING CASE | 04620 |
| amazon.com gift card $250.00 AMAZON GIFT CARD | 59081 |

PRIZE COMBINATIONS:

PULL THE TAB ON YOUR Combination Box™ TO REVEAL YOUR 5-DIGIT ELECTRONIC COMBINATION. IF YOUR COMBINATION MATCHES THE CODE ABOVE AND ONE OF THE PRIZE COMBINATIONS, YOU ARE A GUARANTEED WINNER WITH A POSSIBLE $30,000 INSTANT CASH!*

Combination Box™

74937

PULL TAB TO ACTIVATE

## APRIL 14TH THRU 19TH ONLY!

Mon. – Sat: 9am until the last customer is served!
Sun: 11am until the last customer is served!

<FIRSTNAME LASTNAME> ZIP <ZIPCODE> WINNING NUMBER <PRIZEBOARD NUMBER>

<FIRSTNAME>, IF YOUR CODES MATCH ABOVE YOU ARE A GUARANTEED WINNER!*

**CALL 1-800-251-1527 NOW!**

OR LOG ON TO MyPrizeStatus.com

YOUR PIN IS: <CONFCODE>

STIMULUS RELIEF HEADQUARTERS:

# NEW WAVE AUTO SALES

8000 PARK BLVD. N.
PINELLAS PARK, FL 33781

# PINELLAS PARK STIMULUS RELIEF SITE

**CONGRATULATIONS TO JAKEB MCGINNIS, THE LATEST GRAND PRIZE WINNER!**



**STIMULUS RELIEF HEADQUARTERS:**
**8000 PARK BLVD. N. • PINELLAS PARK, FL 33781**

## SPECIAL STIMULUS RELIEF SAVINGS AVAILABLE!
### LIMIT TWO (2) VEHICLES PER HOUSEHOLD AT THIS EVENT!

**MAKE NO PAYMENTS FOR 120 DAYS** (3)
**ALL PAYMENTS DEFERRED!**

**BONUS 50" BIG SCREEN TV GIVEAWAY**
TO BE HELD SUNDAY, APRIL 26TH AT 3:00PM (5)



**0% APR** (4) **AVAILABLE INSTANTLY!**

**WE ARE GOING TO GIVE YOU WHAT YOUR CAR IS ACTUALLY WORTH!**

**PAYMENTS FOR ONLY $116 PER MO.** (1) **WITH $0 DOWN**
**TO TAKE HOME THIS MERCEDES-BENZ M-CLASS!**

ON SALE!

**OR PAY JUST $133 PER MO.** (2) **WITH $0 DOWN**
**GOING ON NOW, TO BRING HOME THIS NISSAN VERSA!**

ON SALE!

**MANDATORY QUALIFICATIONS TO RECEIVE EARLY COVID-19 STIMULUS FUNDS BELOW:**
1) MUST BE PERMANENT U.S. RESIDENT. 2) MUST HAVE VALID DRIVER'S LICENSE. 3) ANNUAL INCOME CANNOT EXCEED $91,300.00.



**VALID ONLY AT: NEW WAVE AUTO SALES**
**8000 PARK BLVD. N. • PINELLAS PARK, FL 33781**   101

ISSUED TO: (PLEASE FILL IN COMPLETELY)
NAME: _____
ADDRESS: _____    $3,400.00 MAXIMUM PAYOUT
CITY, ST ZIP: _____    $ 3,344. 68

UP TO THE AMOUNT OF: THREE THOUSAND THREE HUNDRED FORTY-FOUR AND ***68/100***

MEMO: AUTO STIMULUS RELIEF

*M. Taylor*
Pres.
AUTHORIZED SIGNATURE
- VOID IF DUPLICATED • NOT A CHECK -

Void where prohibited, certificate has no cash value, non-negotiable certificate. This is not a check. Only valid if presented upon registration. Amount good toward select pre-owned vehicles. Cannot be used in conjunction with any other offers. Expires April 26th, 2020.



**STIMULUS RELIEF HEADQUARTERS:**
# NEW WAVE AUTO SALES
**8000 PARK BLVD. N. PINELLAS PARK, FL 33781**

**MON.–SAT: 9AM UNTIL THE LAST CUSTOMER IS SERVED • SUN: 11AM UNTIL THE LAST CUSTOMER IS SERVED**

(1) $0 down, plus tax, title and license/$116 per month example: 2009 Mercedes-Benz M-Class stk#TRA26442 sale price $7,399 72 months at 3.9% APR with approved credit. (2) $0 down, plus tax, title and license/$133 per month example: 2018 Nissan Versa stk#MAR09694 sale price $8,489 72 months at 3.9% APR with approved credit. (3) No payments for 120 days subject to lender's approval with approved credit. Interest accrues from date of purchase. (4) 0% APR financing available on select vehicles with approved credit-subject to lender's approval. (5) Must register and be present to win TV drawing on April 26th, 2020 at 3:00pm. Cannot combine any offers. *If the winning number on your invitation matches the prize board at the dealership, you have won one (1) of the following prizes: #1 $30,000 Instant Cash 1:300,000 #2 $1,500 Instant Cash 1:300,000 #3 $800 Walmart Gift Card 1:300,000 #4 All-New Wireless Earpods w/Charging Case 299,996:300,000 #5 $250 Amazon Gift Card 1:300,000. All taxes are the responsibility of the prize winner(s). The number that you matched does not give you a choice, but an opportunity to win a prize. Contest begins April 3rd, 2020 and ends May 3rd, 2020. No purchase necessary. Purchase does not increase chance of winning. Contest open to legal US residents age 18 or older with a valid driver's license who received an original mail piece via US mail. Participants agree to all contest rules. See dealer for complete contest rules. New Wave Auto Sales employees and associates, mail house, associated sponsors or agencies, and their family members and members of same household are ineligible. Addressee must redeem original mail piece in person by close of business May 3rd, 2020. Any unclaimed prizes will not be awarded. All photos are for illustration purposes only. Vehicles are subject to prior sale. Void where prohibited by law. All offers end May 3rd, 2020. Batteries are included in attached Combination Box™ device and must be disposed of properly per state regulations.