UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>TRAFFIC JAM EVENTS, LLC, a limited liability company, and<br><br>DAVID J. JEANSONNE II, individually and as an officer of TRAFFIC JAM EVENTS, LLC,<br><br>　　Defendants. | Civil Action No. 2:20-cv-1740<br><br>Judge: Wendy B. Vitter<br><br>Magistrate: Dana Douglas |

**CERTIFICATION OF FEDERAL TRADE COMMISSION COUNSEL THOMAS J. WIDOR PURSUANT TO FED. R. CIV. P. 65(B)(1) IN SUPPORT OF TEMPORARY RESTRAINING ORDER, AND OTHER EQUITABLE RELIEF, AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

I, Thomas J. Widor, have personal knowledge of the facts and matters discussed in this declaration and, if called as a witness, could and would testify as follows:

1. I am over eighteen years of age and am a citizen of the United States. I am one of the attorneys representing the Federal Trade Commission in this action against Traffic Jam Events, LLC and David J. Jeansonne II (collectively, "Defendants").

2. I am licensed to practice law in the District of Columbia. My business address is 600 Pennsylvania Ave, NW, Mail Drop CC-10232, Washington, DC 20580. Unless indicated otherwise, I have personal knowledge of the facts stated herein and if called as a witness, would competently testify thereto.

3. I submit this certification pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1746 in support of the FTC's Motion for a Temporary

   Restraining Order ("TRO Motion"), certifying the efforts that have been made to provide notice of the TRO Motion to Defendants.

4. On Friday, June 12, 2020 at around 2:30 pm EST, FTC attorney Sanya Shahrasbi and I contacted counsel at Jones Walker LLP by telephone to inquire whether they would be representing Defendants in this civil action. We understand that Jones Walker LLP has been representing Traffic Jam Events, LLC and Mr. Jeansonne II in the Florida matter, *Office of the State Attorney General, et al. v. Traffic Jam Events, LLC, et al.*, Case No. 20-CA-3536 (Fla. Cir. Ct., 13th Judicial Cir., Hillsborough Cty). Counsel did not answer so we left a voicemail asking for a return call.

5. At approximately 3:00 pm EST on Friday, June 12, 2020, I followed up with counsel by e-mail, copying Ms. Shahrasbi. In pertinent part, the e-mail explained that we were contacting counsel because we understood that Jones Walker LLP has been representing Traffic Jam Events, LLC and Mr. Jeansonne II in the Florida matter. The e-mail further stated that the FTC had authorized the filing of a complaint against his clients and asked if he would be representing them in this action as well.

6. As of the time of the filing of the TRO motion, neither Ms. Shahrasbi nor I have received any communication from counsel at Jones Walker LLP. We therefore do not know if Defendants are currently represented.

7. As a result, the FTC has engaged a process server to serve the complaint and the TRO Motion on Defendants.

8. The FTC further intends to e-mail courtesy copies of these filings to Defendants after filing the TRO motion today.

I declare under penalty of perjury that the statements in this certification are true and correct.

Dated: June 16, 2020                                  Respectfully submitted,


                                                      /s/ Thomas J. Widor
                                                      THOMAS J. WIDOR (D.C. Bar No. 490184)

                                                      600 Pennsylvania Avenue NW, CC-10232
                                                      Washington, DC 20580
                                                      Telephone: (202) 326-3039
                                                      Email: twidor@ftc.gov

                                                      Attorney for Plaintiff
                                                      FEDERAL TRADE COMMISSION