# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | **Civil Action No. 2:20-cv-1740** |
| Plaintiff, | **SECTION D(3)** |
| v. | |
| TRAFFIC JAM EVENTS, LLC, a limited liability company, and | **Judge: Wendy B. Vitter** |
| DAVID J. JEANSONNE II, individually and as an officer of TRAFFIC JAM EVENTS, LLC, | **Magistrate: Dana Douglas** |
| Defendants. | |

## PLAINTIFF FEDERAL TRADE COMMISSION'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Federal Trade Commission respectfully provides this Honorable Court with notice of a voluntary dismissal of this action without prejudice. Fed. R. Civ. P. 41(a)(1)(B). Neither of the Defendants has served either an answer or a motion for summary judgment to date.

[SIGNATURE PAGE FOLLOWS]

Dated: August 7, 2020                    Respectfully submitted,

/s/ Thomas J. Widor
THOMAS J. WIDOR (D.C. Bar No. 490184)
SANYA SHAHRASBI (D.C. Bar No. 1671001)
600 Pennsylvania Avenue NW, CC-10232
Washington, DC 20580
Telephone: (202) 326-3039
                (202) 326-2709
Email: twidor@ftc.gov
            sshahrasbi@ftc.gov

**Attorneys for Plaintiff**
**FEDERAL TRADE COMMISSION**

## CERTIFICATE OF SERVICE

I hereby certify that, on August 7, 2020, a copy of Plaintiff Federal Trade Commission's Notice of Voluntary Dismissal Without Prejudice was served on counsel for Defendants via the Court's electronic case filing ("ECF") system.

/s/ Thomas J. Widor