UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-1740-WBV-DMD** |
| **TRAFFIC JAM EVENTS, LLC, ET AL.** | **SECTION: "D" (3)** |

### ORDER

Considering Plaintiff Federal Trade Commission's Notice of Voluntary Dismissal Without Prejudice, filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (R. Doc. 30);

**IT IS HEREBY ORDERED** that this action is **DISMISSED without prejudice** and with each party to bear its own costs.

New Orleans, Louisiana, August 7, 2020.

*[signature]*
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**